# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MIGUEL ANGEL GONZALEZ-<br>HERNANDEZ,<br><br>                Defendant. | CASE NO. 13-cr-00267-H<br><br>**JUDGMENT OF DISMISSAL** |

FILED FEB 26 2013 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

    8:1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and

    Aiding and Abetting (1)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/26/13

                                                    Nita L. Stormes
                                                    U.S. Magistrate Judge